UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRADLEY JAMES BEARD,

        Petitioner,        Case No. 1:23-cv-152

v.        Honorable Phillip J. Green

JAMES SCHIEBNER,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: June 14, 2023        /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge