UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRADLEY JAMES BEARD,

        Petitioner,               Case No. 1:23-cv-152

v.                                    Honorable Phillip J. Green

JAMES SCHIEBNER,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** for failure to raise a meritorious federal claim.


Dated:  June 14, 2023                  /s/ Phillip J. Green
                                                         PHILLIP J. GREEN
                                                         United States Magistrate Judge